JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEGLER HOLDINGS, LCC,

        Plaintiff,

    v.

MARISA MILLER, et al.,

        Defendants.

Case No. CV 15-4335 DMG (MRWx)

**FINAL JUDGMENT**

    This matter having come before the Court for a jury trial on October 25 through October 31, 2016 [Doc. ## 95–99] and the jury's verdict having been rendered [Doc. ## 116, 118], and this Court having considered Plaintiff Segler Holdings, LLC's Motion for Entry of Judgment,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff Segler Holdings, LLC and against Defendants Marisa Miller and Cartel Management as to the breach of contract claim in the following amounts: $300,000 against Defendant Marisa Miller, plus prejudgment interest at the rate of ten percent per annum accruing from June 9, 2015 to the date of this Judgment, and post-judgment interest at the rate set by 28 U.S.C. section 1961; $700,000 against Defendant Cartel Management, plus prejudgment interest at the rate of ten percent per annum

1  accruing from June 9, 2015 to the date of this Judgment, and post-judgment interest at the
2  rate set by 28 U.S.C. section 1961.  Plaintiff shall recover costs incurred herein.
3  **IT IS SO ORDERED.**
4
5  DATED:  January 11, 2017
6
7  _____
   DOLLY M. GEE
   UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28